■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEENAN DAVIDSON, Appellant. [12 NYS3d 554]—Appeal by the defendant from a judgment of the Supreme Court, Nassau County (Donnino, J.), rendered September 11, 2013, convicting him of attempted robbery in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the Supreme Court did not improvidently exercise its discretion in denying, without a hearing, his motion to withdraw his plea of guilty (*see* CPL 220.60 [3]), since the record supports a finding that his plea was entered knowingly, voluntarily, and intelligently

(*see People v Smith*, 123 AD3d 950, 951 [2014]; *People v West*, 123 AD3d 850 [2014]; *People v Haywood*, 122 AD3d 769 [2014]; *People v Howard*, 109 AD3d 487, 487-488 [2013]; *People v Bediako*, 119 AD3d 598 [2014]; *People v Mirecki*, 63 AD3d 1089 [2009]). Skelos, J.P., Balkin, Chambers and Miller, JJ., concur.